No. 83–87. BOARD OF EDUCATION OF PARIS UNION SCHOOL DISTRICT NO. 95 ET AL. *v.* VAIL. C. A. 7th Cir. Certiorari granted.

No. 83–96. LIMBACH, TAX COMMISSIONER OF OHIO *v.* HOOVEN & ALLISON CO. Sup. Ct. Ohio. Certiorari granted. ■

No. 83–219. MCDONALD *v.* CITY OF WEST BRANCH, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari granted. ■

No. 82–1795. CAPITAL CITIES CABLE, INC., ET AL. *v.* CRISP, DIRECTOR, OKLAHOMA ALCOHOLIC BEVERAGE CONTROL BOARD. C. A. 10th Cir. Certiorari granted. In addition to the questions presented by the petitioners, the parties are directed to brief and argue the following question: Whether the State's regulation of liquor advertising, as applied to out-of-state broadcast signals, is valid in light of existing federal regulation of cable broadcasting.

No. 82–1860. SCHNEIDER MOVING & STORAGE CO. *v.* ROBBINS ET AL.; and
No. 82–1862. PROSSER'S MOVING & STORAGE CO. *v.* ROBBINS ET AL. C. A. 8th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 700 F. 2d 433.

No. 82–1988. TOWER, PUBLIC DEFENDER OF DOUGLAS COUNTY, OREGON, ET AL. *v.* GLOVER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ■

No. 82–1325. I.A.M. NATIONAL PENSION FUND *v.* ELSER ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 82–1450. IN RE SCHULMAN. C. A. 6th Cir. Certiorari denied.